PAGE 1

United States District Court
For the Southern
District of Indiana

John Keller
Plaintiff(S)

V

FILED
11/15/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

3:23-cv-00203-MPB-KMB

Evansville Police Department ET, AL

Motion to file 42 U.S.C § 1983

Now comes by pro-se John Keller to move this Honorable District Court to file this motion 42 U.S.C §1983. On 8/7/2023, the plaintiff was severly injured during his unlawful arrest at the hands of the Evansville Police Department. Evansville Police Officers, J. Hyneman and T. Cassidy, prior to this had made several attempts to arrest the person or a person they believed to be the plaintiff. After every attempt the aggression and extent the officers were going to were getting more and more

hostile and inappropriate. When they actually made the arrest of me on 8/7/2023, they broke my hip and caused several other injuries when they struck me with their patrol car when I was on a bicycle. I believe it to be an obvious excessive use of force and not only violated my 4th amendment right to unlawful search and seizure but my 8th Amendment rights protecting me from cruel and unusal punishment. I actually watched both officers cheering and taunting me because they were so happy "to finally have caught Keller". As if the were capturing on of Americas most wanted and not a PTR arrest. I am seeking a judgement from this honorable court for the medical injuries suffered and the cruel and unusual punishment by the Evansville Police Department in the amount of $250,000.

Sign _____

Date 11/10/2023

Certificate of Service

I hereby certify by first class mail. I by pro-se John Keller #314116, Vanderburgh County Confinement Center that I sent a motion to file § 1983 to the following office of the clerk of the United States court

304 United States Courthouse
101 N.W. Martin Luther King Jr. BLVD
Evansville, IN 47708

Sign ____John Keller____

Date 11/10/2023