UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN KELLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00203-MPB-CSW |
| EVANSVILLE POLICE DEPARTMENT, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Evansville Police Department and against John Keller.

IT IS SO ORDERED.

Dated: February 27, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JOHN KELLER
314116
VANDERBURGH COUNTY DETENTION CENTER
VANDERBURGH COUNTY DETENTION CENTER
Inmate Mail/Parcels
3500 N. Harlan Ave.
Evansville, IN 47711